```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EVA'S PHOTOGRAPHY INC.,            :
                                   :
        -against-                  :          21 Civ 7895
                                   :            ORDER
NARCISO RODRIGUEZ LLC,             :
                                   :
                  Defendant.       :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

**VICTOR MARRERO, U.S.D.J.:**

Plaintiff's request (Dkt. No. 13) to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a) is hereby GRANTED.

**SO ORDERED:**

Dated: New York, New York
       22 March 2022

_____
Victor Marrero
U.S.D.J.